FILED
IN CLERK'S OFFICE
U.S. D̶i̶s̶t̶r̶i̶c̶t̶ ̶C̶o̶u̶r̶t̶ E.D.N.Y.

★   MAY 2 5 2005   ★

P.M. _____
TIME A.M. _____

**MEMORANDUM**
**TO THE HONORABLE STERLING JOHNSON, JR.**
**SENIOR UNITED STATES DISTRICT JUDGE**

**Re:** MUCCIO, Neil
**Dkt. No.:** **02-CR-0848**
**Notice of Submission of DNA sample/**
**Termination of Supervised Release**

On April 25, 2005, a memorandum was submitted to Your Honor requesting an early termination of the above-captioned offender's supervised release term, based on his positive adjustment. In our memorandum, we advised that the only outstanding issue in this case concerned the offender's need to submit a DNA sample for inclusion in the national DNA database, as required by the Justice for All Act of 2004. We recommended and Your Honor concurred that the offender's supervision terminate upon his submission of a DNA sample, and noted that the offender was scheduled to submit the same on May 18, 2005.

The offender submitted a DNA sample on May 18, 2005, as scheduled.

We request that Your Honor sign below so that offender's supervision termination date is docketed in the Clerk's Office.

RESPECTFULLY SUBMITTED;

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

Prepared by: _____
              Carolann Avallone-Riccardi
              U.S. Probation Officer

Approved by: _____
              Kathleen M. Dunn
              Supervising U.S. Probation Officer

CAR/s
May 19, 2005                                    s/SJ

**Supervised release supervision is terminated eff. May 18, 2005:** _____
                                                    **SR. U.S. DISTRICT JUDGE   Date**